# MEMORANDUM DECISIONS

AMERICAN LUMBER CO. v. WEST et al. (Circuit Court of Appeals, Fifth Circuit. April 9, 1912.) No. 2,338. Appeal from the District Court of the United States for the Southern District of Texas. J. W. Terry (F. J. Duff, on the brief), for appellant. Hiram M. Garwood and Sam Streetman (Andrews, Ball & Streetman and Baker, Botts, Parker & Garwood, on the brief), for appellees. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. To enable the court to give equitable relief in relation to the matters involved in this suit, Sam Park is an indispensable party. The decree of the District Court is affirmed.

ARCHER v. GREENVILLE SAND & GRAVEL CO. et al. (Circuit Court of Appeals, Fifth Circuit. April 9, 1912.) No. 2,185. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. Percy Bell, for appellant. Walton Shields and Gustave Lemle, for appellees. Before McCORMICK and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. After mature consideration of the questions arising on the present appeal, we are of the opinion that the demurrer, interposed by the appellee to the bill of complaint, was properly sustained. The decree of the trial court, dismissing the bill, is therefore affirmed.